AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/23/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Snyder, Christiana A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Attorney-Partnership |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | D | Dividend | O | T | | | | | |
| 2. IShares Russell 1000 Grwth IDX | | | | | Sold (part) | 03/26/10 | K | A | |
| 3. | | | | | Sold (part) | 12/02/10 | J | A | |
| 4. DFA US Large Cap Value Fund | | | | | | | | | |
| 5. DFA US Small Cap Fund | | | | | Sold | 10/22/08 | K | A | |
| 6. DFA Small Cap Value Fund | | | | | Buy (add'l) | 03/30/10 | K | | |
| 7. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 8. | | | | | Sold (part) | 11/12/10 | J | A | |
| 9. DFA Int'l Value Fund | | | | | Sold (part) | 03/26/10 | K | A | |
| 10. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 11. DFA Emerg Mkts Core Equity | | | | | Sold (part) | 10/12/10 | J | A | |
| 12. iShares MSCI EAFE Growth Fund | | | | | Buy | 03/29/10 | K | | |
| 13. GNMA Pass Thru | | | | | | | | | |
| 14. Bank of America Accts (MM & Chng | A | Interest | K | T | | | | | |
| 15. CHRISTOPHER WEIL IRA ACCT | D | Dividend | M | T | | | | | |
| 16. Fidelity Cash Reserves MM | | | | | | | | | |
| 17. Frank Russell Emerging Markets Funds | | | | | Sold | 10/28/10 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Russell US Small & Mid Cap Fund CLS | | | | | Sold | 10/28/10 | K | A | |
| 19. Frank Russell Quantitative Equity Fund | | | | | Sold | 10/28/10 | L | A | |
| 20. Russell U.S. Core Equity Fund CL S | | | | | Sold | 10/28/10 | K | A | |
| 21. Russell Int'l Developed Mkts Fund CL S | | | | | Sold | 10/28/10 | K | A | |
| 22. Frank Russell Real Estate Securities Fund CL S | | | | | Sold | 10/28/10 | J | A | |
| 23. Russell Global Equity Fund Fund CL S | | | | | Sold | 10/28/10 | K | A | |
| 24. First Eagle Overseas Class A (SGOVX) | | | | | Buy | 10/05/10 | K | | |
| 25. | | | | | Buy (add'l) | 10/28/10 | J | | |
| 26. ING Global Value Choice CL A (NAWGX) | | | | | Buy | 10/28/10 | K | | |
| 27. Intrepid Small Cap Fund (ICMAX) | | | | | Buy | 10/28/10 | K | | |
| 28. Oppenheimer Equity Inc CL A (OAEIX) | | | | | Buy | 10/28/10 | K | | |
| 29. Principal Mid Cap Blend Fund Class A (PEMGX) | | | | | Buy | 10/28/10 | K | | |
| 30. Virtus Emerging Mrtk Oppt Class A (HEMZX) | | | | | Buy | 10/28/10 | K | | |
| 31. Yacktman Fund (YACKX) | | | | | Buy | 10/28/10 | K | | |
| 32. First Eagle Global Class A (SGENX) | | | | | Buy | 10/28/10 | K | | |
| 33. Trust #1 Schwab Acct | G | Int./Div. | P2 | T | | | | | |
| 34. Schwab Money Mkt Funds | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less          K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000      O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value               V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 36. Fresno CA USD GO C13@103 6.150% 08/01/2013 | | | | | | | | | |
| 37. Redwood City CA ESD GO 5.50% 08/01/2012 | | | | | | | | | |
| 38. Redwood City CA ESD GO 5.50% 08/01/2013 | | | | | | | | | |
| 39. CA State GO 6.250% 09/01/12 | | | | | Sold (part) | 09/01/10 | L | A | |
| 40. CA Ed Facs Au Rev Stanford 5.25% 12/01/2013 UNIV | | | | | | | | | |
| 41. San Mateo CO Ca St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 42. CA ST GO 5.357% 04/01/14 | | | | | | | | | |
| 43. Vallejo CA USD GO 5.90% 02/01/17 | | | | | Sold | 09/08/10 | M | A | |
| 44. CA Dept Trans RV 5.00% 02/01/15 | | | | | | | | | |
| 45. Southwestern CMTY Coll Dist. 5.625% 08/01/2011/16 | | | | | | | | | |
| 46. CA ST GO 5.75% 03/01/2010/27 | | | | | Sold | 03/01/10 | N | A | |
| 47. Los Angeles CA GO 5.25% 09/01/2014 | | | . | | | | | | |
| 48. Pajaro Valley CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 49. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | Buy (add'l) | 01/22/10 | L | | |
| 50. Southwestern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 51. Foothill Eastern Corr Agy 7.05% 01/01/2010/12 | | | | | Sold | 01/01/10 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 53. Foothill Eastern Corr Agy 7.10% 01/01/2012 | | | | | Sold | 01/01/10 | M | A | |
| 54. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 55. LA CA USD GO 5.00% 07/01/2013/25 | | | | | | | | | |
| 56. CA Infrastructure & Eco Dev 5.00% 07/01/2010 | | | | | Sold | 07/01/10 | N | A | |
| 57. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 58. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |
| 59. Long Beach CA Wtr RV SF 13 5.750% 05/15/2015 | | | | | | | | | |
| 60. Napa Co CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |
| 61. LA CO CA Met Transp Sls Tax 6.00% 07/01/2011 | | | | | | | | | |
| 62. Los Angeles CA GO 5.250% 09/01/2014 | | | | | | | | | |
| 63. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | | | | | |
| 64. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | | | | | |
| 65. CA ST GO 5.00% 10/01/2017 CC16 | | | | | | | | | |
| 66. Sacramento, CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | | | | | |
| 67. Golden ST Tobacco SEC Corp CA 5.50% 06/01/2013/33 | | | | | | | | | |
| 68. Acalanes CA Union High Sch 5.250% 08/01/2020 Dist GO C15 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. CA Economic Recovery GO 5.00% 07/01/2015 CC14 | | | | | | | | | |
| 70. CA ST GO SF10 AL 8/11 6.250% 09/01/2012 | | | | | | | | | |
| 71. Bay Area Toll Auth CA RV C19 5.00% 04/01/2021 | | | | | | | | | |
| 72. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |
| 73. SO CA PPA RV-Milford Wind 5.00% 07/01/2014 PJ#1 | | | | | Buy | 01/28/10 | N | | |
| 74. CA ST GO 5.00% 03/01/2019 | | | | | Buy | 03/12/10 | M | | |
| 75. San Franciso City & Ctny PUC 5.00% 11/01/2012 RV | | | | | Buy | 03/23/10 | M | | |
| 76. CA Economic Recovery GO & RV 5;00% 07/01/2019 | | | | | Buy | 07/21/10 | M | | |
| 77. Glendale CA USD GO 4.500% 09/01/2018 | | | | | Buy | 09/07/10 | M | | |
| 78. Los Rios CA Cmty Coll Dist GO 4.00% 08/01/2016 | | | | | Buy | 09/15/10 | N | | |
| 79. San Francisco CA PUC Wtr RV 4.00% 11/01/2017 CC16 | | | . | | Buy | 09/15/10 | M | | |
| 80. MERRILL LYNCH TRUST ACCT | F | Dividend | P1 | T | | | | | |
| 81. BofA CA TX EX RSV ADV | | | | | | | | | |
| 82. BIF CA Municiipal Money Mkt | | | | | | | | | |
| 83. Putnam Equity Income Class A | | | | | | | | | |
| 84. Putnam Global Health | | | | | | | | | |
| 85. Putnam Fund for Growth & Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Putnam In'l Equity CL A | | | | | | | | | |
| 87. Putnam Investors Class A | | | | | | | | | |
| 88. Putnam Multi-Cap Growth | | | | | | | | | |
| 89. Putnam Voyager Class A | | | | | | | | | |
| 90. California St. Oct 2 - 5.000% Oct 01/22 Cusip | | | | | | | | | |
| 91. California St. Apr 07 5.000% Aug01/23 Cusip | | | | | | | | | |
| 92. California St. May03 5.000% Feb01/26 Cusip | | | | | | | | | |
| 93. Calif CO CA TOB Jul02 05.875% Jun 01/27 Cusip | | | | | | | | | |
| 94. California St Apr 08 5.000% Apr01/38 Cusip | | | | | | | | | |
| 95. California ST VAR Purp Jun 07 5.000% Jun01/37 Cusip | | | | | | | | | |
| 96. California ST VAR PURP Jun07 5.000% Jun01/24 Cusip | | | | | | | | | |
| 97. CA ST DEPT WTR RES PWR 0.000% 05/01/2016 | | | | | Sold | 10/22/10 | M | A | |
| 98. California St Sep05 5.000% Aug01.22 Cusip | | | | | | | | | |
| 99. California St Apr 05 5.000% May01/24 Cusip | | | | | | | | | |
| 100. CA ST REV ANTIC NTS SER 03.00% 06/23/2010 | | | | | Sold | 06/23/10 | P1 | A | |
| 101. US T Bills 0.000% 1/14/2010 | | | | | Sold | 09/28/09 | N | A | |
| 102. US T-Bills 0.000% 01/17/2010 | | | | | Sold | 10/28/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. US T Bills 0.000% 01/14/2010 | | | | | Sold | 12/08/09 | K | A | |
| 104. US T Bills 0.000% 01/14/2010 | | | | | Sold | 12/21/09 | K | A | |
| 105. US T Bills 0.000% 01/14/2010 | | | | | Sold | 12/28/09 | L | A | |
| 106. California St Jul08 5.500% Aug01/22 Cusip ▓▓▓▓ | | | | | Buy | 06/16/10 | N | | |
| 107. US T-Bill .000% 12/30/2010 | | | | | Buy | 06/29/10 | N | | |
| 108. US T-Bill .000% 12/30/2010 | | | | | Sold | 12/30/10 | N | A | |
| 109. Schwab 401(k) Account | D | Dividend | O | T | | | | | |
| 110. Schwab Money Market (Core Money Market Fd) | | | | | | | | | |
| 111. DFA Int'l Value Fund | | | | | Buy (add'l) | 01/27/10 | J | | |
| 112. | | | | | Sold (part) | 03/26/10 | K | A | |
| 113. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 114. DFA Small Cap Value Fund | | | | | Buy (add'l) | 01/27/10 | J | | |
| 115. | | | | | Buy (add'l) | 03/30/10 | K | | |
| 116. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 117. | | | | | Sold (part) | 11/12/10 | J | A | |
| 118. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 01/27/10 | J | | |
| 119. IShares Russell 1000 Grwth Index | · | | | | Buy (add'l) | 01/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 01/27/10 | J | | |
| 121. | | | | | Sold (part) | 10/12/10 | J | A | |
| 122. Ishares MSCI EAFE Growth Fund | | | | | Buy | 03/29/10 | K | | |
| 123. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | P1 | T | | | | | |
| 124. DFA Small Cap Value | | | | | Buy (add'l) | 01/07/10 | J | | |
| 125. | | | | | Buy (add'l) | 03/30/10 | L | | |
| 126. | | | | | Buy (add'l) | 07/13/10 | J | | |
| 127. | | | | | Sold (part) | 11/12/10 | J | A | |
| 128. DFA US Large Cap Value Fd | | | | | | | | | |
| 129. IShares Russell 1000 Grwth IDX | | | | | Sold (part) | 03/26/10 | L | A | |
| 130. | | | | | Sold (part) | 12/02/10 | J | A | |
| 131. DFA Int'l Value Fund | | | | | Sold (part) | 03/26/10 | L | A | |
| 132. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 133. DFA Emeg Mkts Core Equity | | | | | Sold (part) | 10/12/10 | J | B | |
| 134. Ishares MSCI EAFE Growth Fund | | | | | Buy | 03/29/10 | L | | |
| 135. MERRILL LYNCH IRA #3 | E | Dividend | N | T | | | | | |
| 136. BofA Cash RSV Daily MM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. FIA Card Services NA RASP MM | | | | | | | | | |
| 138. BAC Capital Trust III PFD STK 7.00% Cusip | | | | | | | | | |
| 139. BAC Capital Trust IIPFD STK 7.00% Feb 02/32 Cusip | | | | | | | | | |
| 140. Deutsche BK Cap FDG TR X Noncu TR 7.35% Cusip | | | | | | | | | |
| 141. Wells Fargo CapXI Enh TR PFD 6.250% 06/15/12 Cusip | | | | | | | | | |
| 142. GNM 09% 2020 Cusip | | | | | | | | | |
| 143. Citigroup Cap XIX PFD 7.25% 8/15/67 Cusip | | | | | | | | | |
| 144. Fleet CAP T VIII 7.20% 3/15/2032 Cusip | | | | | | | | | |
| 145. ING Groep N.V. 6.375% Cusip | | | | | | | | | |
| 146. BB&T Cap TR VII 8.10% due 11/01/69 Cusip | | | | | | | | | |
| 147. General Electric Capital 06.625% 06/28/32 Cusip | | | | | | | | | |
| 148. National City Cap TR III TR 6.625% 5/25/67 Cusip | | | | | Buy | 11/02/09 | K | | |
| 149. Fleet CAP TVIII 7.20% 3/15/2032 Cusip | | | | | | | | | |
| 150. Schwab Trust C | F | Dividend | P1 | T | | | | | |
| 151. Chesapeake Energy Corp | | | | | | | | | |
| 152. Devon Energy Corp | | | | | Sold | 09/09/10 | K | A | |
| 153. | | | | | Sold | 11/23/10 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Intel Corporation | | | | | Sold<br>(part) | 09/09/10 | K | A | |
| 155. Microsoft Corp | | | | | Sold<br>(part) | 01/22/10 | L | D | |
| 156. | | | | | Sold | 09/03/10 | L | D | |
| 157. Pepsico Incorporated | | | | | | | | | |
| 158. Pfizer Inc | | | . | | Sold | 04/26/10 | L | D | |
| 159. Altera Corporation | | | | | Sold | 10/08/10 | M | E | |
| 160. Best Buy Company | | | | | | | | | |
| 161. Teva Pharmaceutical - ADR | | | | | | | | | |
| 162. Kohls Corporation | | | | | | | | | |
| 163. Eastman Chemical Compay | | | | | | | | | |
| 164. Microchip Technology Inc | | | | | | | | | |
| 165. Procter and Gamble Company | | | | | | | | | |
| 166. United Parcel Service - CL B | | | | | | | | | |
| 167. International Business Machine | | | | | Sold | 09/14/10 | L | D | |
| 168. International Business Machine | | | | | | | | | |
| 169. International Business Machine | | | | | | | | | |
| 170. International Business Machine | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Resmed Inc | | | | | Sold (part) | 07/15/10 | L | E | |
| 172. Resmed Inc | | | | | | | | | |
| 173. Resmed Inc | | | | | | | | | |
| 174. Resmed Inc | | | | | | | | | |
| 175. Diamond Offshore Drilling | | | | | Sold | 06/07/10 | K | A | |
| 176. Schlumberger Ltd | | | | | | | | | |
| 177. Texas Instruments Inc | | | | | | | | | |
| 178. Verizon Communications | | | | | Sold (part) | 05/18/10 | K | A | |
| 179. | | | | | Buy (add'l) | 09/08/10 | K | | |
| 180. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 181. Genuine Parts C | | | | | | | | | |
| 182. Bank of New York Mellon | | | | | Sold | 11/02/10 | K | A | |
| 183. Wal Mart Stores | | | | | | | | | |
| 184. Alcoa Inc | | | | | | | | | |
| 185. Emerson Electric Company | | | | | | | | | |
| 186. Schlumberger Ltd | | | | | | | | | |
| 187. Schlumberger Ltd | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)         U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Emerson Electric Company | | | | | | | | | |
| 189. Alcoa Inc | | | | | | | | | |
| 190. Pfizer Inc | | | | | Sold | 04/26/10 | L | D | |
| 191. Abbott Laboratories | | | | | | | | | |
| 192. Taiwan Semiconductor - SP ADR | | | | | | | | | |
| 193. Bank of New York Mellon | | | | | | | | | |
| 194. Chesapeake Energy Corp | | | | | Sold (part) | 11/02/10 | K | A | |
| 195. Procter & Gamble Company | | | | | | | · | | |
| 196. Procter & Gamble Company | | | | | | | | | |
| 197. Oracle Corp | | | | | | | | | |
| 198. Western Union Corp | | | | | | | | | |
| 199. Western Union Corp - Spinoff from Verizon | | | | | Sold | 03/04/10 | L | A | |
| 200. Frontier Communications Group | | | | | Sold | 07/20/10 | J | A | |
| 201. McDonalds Corp | | | | | Buy | 03/10/10 | L | | |
| 202. Activision Blizzard Inc | | | | | Buy | 04/20/10 | L | | |
| 203. | | | | | Buy (add'l) | 10/14 | K | | |
| 204. Gilead Sciences Inc | | | | | Buy | 04/26/10 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Archer Daniels Midland Co | | | | | Buy | 05/18/10 | K | | |
| 206. | | | | | Buy (add'l) | 12/01/10 | K | | |
| 207. Marsh & McLennan Cos Inc | | | | | Buy | 07/20/10 | L | | |
| 208. Hewlett Packard Company | | | | | Buy | 08/19/10 | L | | |
| 209. | | | | | Buy (add'l) | 12/02/10 | K | | |
| 210. Aflac Inc | | | | | Buy | 09/09/10 | L | | |
| 211. Adobe Systems | | . | | | Buy | 10/08/10 | M | | |
| 212. Cisco Systems Inc | | | | | Buy | 09/09/10 | L | | |
| 213. Halliburton Company | | | | | Buy | 11/02/10 | L | | |
| 214. Schwab Trust D | G | Dividend | P1 | T | | | | | |
| 215. Abbott Laboratories | | | | | | | | | |
| 216. Altria Group Inc | | | | | | | | | |
| 217. Bank of New York Mellon Corp | | | | | | | | | |
| 218. Diamond Offshore Drilling | | | | | Sold | 06/07/10 | M | A | |
| 219. FPL Group Inc | | | | | Sold | 01/19/10 | M | A | |
| 220. Intel Corporation | | | | | | | | | |
| 221. Intel Corporation | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Pepsico Incorporated | | | | | | | | | |
| 223. BCE Inc | | | | | Sold | 06/07/10 | L | E | |
| 224. Johnson & Johnson | | | | | | | | | |
| 225. Philip Morris Intl Inc | | | | | | | | | |
| 226. Taiwan Semiconductor - SP ADR | | | | | | | | | |
| 227. Eastman Chemical Company | | | | | | | | | |
| 228. Lilly Eli & Company | | | | | Sold | 09/03/10 | L | C | |
| 229. Pitney Bowes Inc | | | | | | | | | |
| 230. Chevron Corp | | | | | Buy (add'l) | 04/14/10 | K | | |
| 231. Microchip Technology Inc | | | | | | | | | |
| 232. Scana Corp | | | | | | | | | |
| 233. VF Corporation | | | | | | | | | |
| 234. Bristol-Myers Squibb Co | | | | | | | | | |
| 235. Bristol-Myers Squibb Co | | | | | | | | | |
| 236. Kimberly Clark Corporation | | | | | | | | | |
| 237. Genuine Parts Co | | | | | | | | | |
| 238. Bank of New York Mellon Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Verizon Communications | | | | | Buy (add'l) | 07/07/10 | K | | |
| 240. United Parcel Services - CL B | | | | | | | | | |
| 241. VF Corporation | | | | | | | | | |
| 242. Emerson Electric Company | | | | | | | | | |
| 243. PPG Industries | | | | | | | | | |
| 244. McDonalds Corp | | | | | Sold | 07/02/10 | L | E | |
| 245. PPG Industries | | | | | | | | | |
| 246. Emerson Electric Company | | | | | | | | | |
| 247. Altria Group Inc | | | | | | | | | |
| 248. Sysco Corporation | | | | | Sold | 04/19/10 | M | E | |
| 249. Abbott Laboratories | | | | | | | | | |
| 250. Taiwan Semiconductor - SP ADR | | | | | Buy (add'l) | 02/16/10 | L | | |
| 251. Kellogg Company | | | | | | | | | |
| 252. Eastman Chemical Company | | | | | | | | | |
| 253. Pitney Bowes Inc | | | | | Buy (add'l) | 08/06/10 | K | | |
| 254. Frontier Commuications Group | | | | | Sold | 07/13/10 | J | A | |
| 255. Total SA SPON ADR | | | | | Buy | 01/27/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 08/31/10 | K | A | |
| 257. Marsh & McClennan Cos Inc | | | | | Buy | 04/20/10 | L | | |
| 258. | | | | | Buy (add'l) | 07/07/10 | K | | |
| 259. Wal Mart Stores | | | | | Buy | 07/06/10 | L | | |
| 260. Nucor Corporation | | | | | Buy | 07/13/10 | L | | |
| 261. Novartis AG ADR | | | | | Buy | 08/25/10 | L | | |
| 262. Aflac Inc | | | | | Buy | 09/09/10 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line 22 - Inadvertently not taken off 2009 report - sold all in 2008
2) Part VII, page 6, line 45 - Issue name is Southwestern not Southwest
3) Part VII, page 8, line 81 - Custodian used different money market fund
4) Part VII, page 8, line 82 - Custodian added additional money market fund
5) Part VII, page 9, line 90 - Descriptor changed from CA ST GO BDS SER 2002  0.500%  10/01/2022
6) Part VII, page 9, line 91 - Descriptor changed from CA ST GO Refunding BDS SER 05.000%  08/01/23
7) Part VII, page 9, line 92 - Descriptor changed from CA ST VAR PURP GO BDS Ser 0.5000%  02/01/2026
8) Part VII, page 9, line 93 - Descriptor changed from CA CNTY CA TOB  05.875%  06/01/2027
9) Part VII, page 9, line 94 - Descriptor changed from CA ST GO SER A  5.00%  04/01/2038
10) Part VII, page 9, line 95 - Descriptor changed from CA ST GO BDS SER 2007  06/01/2037
11) Part VII, page 9, line 96 - Descriptor changed from CA ST G0 BDS SER 2007  06/01/2024
12) Part VII, page 9, line 98 - Descriptor changed from CA ST GO BDS AND GO REV 05.000% 08/02/22
13) Part VII, page 9, line 99 - Descriptor changed from CA ST GO REF BDS 05.000%  05/01/2024
14) Part VII, page 11, line 136 - Custodian used different money market fund
15) Part VII, page 12, line 137  - Custodian added additional money market fund
16) Part VII, page 12, line 138 - Descriptor changed from BAC CAP TR III CAP SECS PFD 7.00%  08/15/2032
17) Part VII, page 12, line 139 - Descriptor changed from BAC Capital TR II CAP SECS PFD 7.00%  02/01/2032
18) Part VII, page 12, line 140 - Descriptor changed from Deutsche BK CAP FDG TR X Noncu TR PFD SECs Perp 7.35%  12/15/02
19) Part VII, page 12, line 141 - Descriptor changed from Wells Fargo Cap FDG TR X Mpmcir TR PFD TRU  6.25% 06/15/12
20) Part VII, page 12, line 142 - Descriptor changed from Gov Natl Mtg Assn./Poll 285818 9.00%  02/15/2020
21) Part VII, page 12, line 143 - Descriptor changed from Citigroup CAP XIX PFD 7.25%  8/15/2067
22) Part VII, page 12, line 144 - Descriptor changed from Fleet CAP T VIII 7.0%  3/15/2032 and rate was typed incorrectly on 2009 FDR-should be 7.20%
23 Part VII, page 12, line 145 - Descriptor changed from ING Groep N.V. 6.375%  6/15/2012
24) Part VII, page 12, line 146 - Descriptor changed from BB&T Capital Trust VII
25) Part VII, page 12, line 147 - Descriptor changed from General Electric
26) Part VII, page 12, line 148 - Descriptor changed from National City Cap TR III TR PFD 6.625%  05/25/2012
27) Part VII, page 12, line 149 - Descriptor changed from Fleet CAP T VIII 7.0% 3/15/2032 and rate was typed incorrectly on 2009 FDR-should be 7.20%
28) Part VII, page 15, line 202 - Frontier Communication Group received as a spin-off from Verizon
29) Part VII, page 17, line 222 - Security bought in two separate lots, but sold together in one lot
30) Part VII, page 19, line 258 - Frontier Communication Group received as a spin-off from Verizon

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 05/23/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544